# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-00089-01-CR-W-DGK |
| | ) |
| FRANK M. WOODS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 7, 2017, the Grand Jury returned a one-count Indictment charging Defendant Frank M. Woods, with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Joseph M. Marquez
    Case Agent: John Mativvi
    Defense: Travis Poindexter
    Investigator: Mark Wolpink

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 0 with stipulations; 7 without stipulations
    Defendants: 3 witness, including the Defendant

**TRIAL EXHIBITS**
    Government: 5-10
    Defendant: 5-10

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:   2.0 days total**
    Government's case including jury selection:   1.5 days
    Defense case: 0.5 day

**STIPULATIONS**: Defense may offer stipulation as to conviction if he does not testify.

**UNUSUAL QUESTIONS OF LAW:**

**FILING DEADLINES:**

**Witness and Exhibit** List (per the Scheduling and Trial Order, all Witness and Exhibit Lists were due thirty days prior to trial)

    Government: (none filed) **Due on or before November 20, 2018**
    Defense:  (none filed) **Due on or before November 20, 2018**

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, November 28, 2018.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before November 28, 2018**

**TRIAL SETTING**: Criminal jury trial docket set for December 3, 2018.

**Please note: Joe Marquez has 3-4 day trial in another matter, which he may be asking go on the second week.  If that trial goes, the Government may be asking for a continuance to the January Joint Criminal Docket.  Defense counsel would prefer the December docket but it is not a forceful objection.  Will know this Thursday as to where the Government stands and the Government will let the Court know if it will be filing a continuance.**

**IT IS SO ORDERED.**

                                              */s/ Lajuana M. Counts*
                                              Lajuana M. Counts
                                              United States Magistrate Judge