# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00089-01-CR-W-DGK |
| ) | |
| FRANK M. WOODS, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 7, 2017, the Grand Jury returned a one-count Indictment charging Defendant Frank M. Woods, with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government:  Joseph M. Marquez
    Case Agent: John Mativvi, Kansas City Police Department
    Defense: Travis Poindexter
    Investigator: Mark Wolpink

**OUTSTANDING MOTIONS**:  No outstanding motions.

**TRIAL WITNESSES**:
    Government: 0 with stipulations; 5 without stipulations
    Defendants:   3 witness, may include the Defendant

**TRIAL EXHIBITS**
    Government:  5-10
    Defendant:    5-10

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( X) Likely for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:   2.0 days total**
  Government's case including jury selection:   1.5 days
  Defense case: 0.5 day

**STIPULATIONS**: Defense may offer stipulation as to conviction if he does not testify.

**UNUSUAL QUESTIONS OF LAW:**  n/a

**FILING DEADLINES:**

**Witness and Exhibit** List (per the Scheduling and Trial Order, all Witness and Exhibit Lists were due thirty days prior to trial)

Government: (none filed) **Due on or before January 2, 2019.**
Defense:  (none filed) **Due on or before January 2, 2019.**

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, January 2, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before January 2, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for January 7, 2019.

**Please note:** The Government requests second week of the trial docket (January 14th). Defendant has no objection to the second week.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　 */s/ Lajuana M. Counts*
　　　　　　　　　　　　　　　　　　　　Lajuana M. Counts
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge